Thomas J. Moran (SBN 278940)
thomas.moran@fedex.com
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: 949.862.4625
Facsimile: 901.492.5641

Attorney for Defendant, FEDERAL EXPRESS CORPORATION

Darren M. Harris
HARRIS GROMBCHEVSKY, LLP
2070 Business Center Drive, Suite 285
Irvine, CA 92612
(949) 387-4444; FAX: (949) 387-4544
dharris@lawfirmHG.com
Attorney for Plaintiff, SAHDIQ MCNAIR

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAHDIQ MCNAIR,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDEX EXPRESS CORPORATION, a California business entity; FEDERAL EXPRESS CORPORATION, a Delaware corporation; NANCY HANLON, an individual; and DOES 1 to 50, inclusive<br><br>        Defendants. | **Case No. 2:22-cv-5911-SPG-SK**<br><br>[Los Angeles Superior Court Case No. 22STCV22460]<br><br>**JOINT REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: July 12, 2022<br>Trial Date: None |

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

1785442 (280704)　　　　　　　　　　　1　　　　　　　　Case No.2:22-cv-5911-SPG-SK
JOINT REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Sahdiq McNair and Defendant Federal Express Corporation, hereby stipulate and jointly request that the Court dismiss this entire action, including all defendants, with prejudice.

    The Parties have also agreed that no Party is a "prevailing party" and that each Party is responsible for their own attorney's fees and costs.

DATED:  December 30, 2022    FEDERAL EXPRESS CORPORATION

By: */s/ Thomas J. Moran*
    Thomas J. Moran
    Attorney for Defendant
    FEDERAL EXPRESS CORPORATION

DATED:  December 30, 2022    HARRIS GROMBCHEVSKY, LLP

By: */s/ Darren Harris, Esq.*
    Darren Harris, Esq.
    Attorneys for Plaintiff
    SAHDIQ MCNAIR

### Signature Attestation

    I, Thomas J. Moran, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 30, 2022    By: */s/ Thomas J. Moran*
    Thomas J. Moran

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

1785442 (280704)    2    Case No.2:22-cv-5911-SPG-SK
JOINT REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

# CERTIFICATE OF SERVICE
*Sahdiq McNair v. FedEx Express Corporation, et al.*
**USDC Case No. 2:22-cv-5911-SPG-SK**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614.

On January 3, 2023, I served the within document(s): **JOINT REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

- ☒ With the Clerk of the Court for the United States District Court-Central District of CA by using the Court's CM/ECF system and that service will be accomplished by the court's CM/ECF system to the person(s) as set forth below.
- ☐ By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.
- ☐ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.
- ☐ By arranging with First Legal Attorney Service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.
- ☐ By placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614, in accordance with Federal Express Corporation's ordinary business practices.

Darren M. Harris
HARRIS GROMBCHEVSKY, LLP
2070 Business Center Drive, Suite 285
Irvine, CA 92612
(949) 387-4444; FAX: (949) 387-4544
dharris@lawfirmHG.com
**Attorney for Plaintiff, SAHDIQ MCNAIR**

- ☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 3, 2023, at Irvine, California.

*/s/ Renee K. Aven*
Renee K. Aven